UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-01212-SVW-AGR | Date | April 12, 2023 |
|---|---|---|---|
| Title | Marty Lyn Polloreno v. Gavin Newsom et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on March 2, 2023, issued an order finding that the Plaintiff is not able to prepay the full filing fee. It was further ordered that the prisoner-plaintiff owed the Court the initial filing fee of $350.00, and an initial partial filing fee of $5.00 must be paid within 30 days of the date of the order.

To date, Plaintiff has failed to comply with the order.

The Court orders the case dismissed.

:

Initials of Preparer        PMC